536 A.2d 338

**Tanya PASCONE and William Pascone, Appellants,**

v.

**THOMAS JEFFERSON UNIVERSITY.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1988.

Decided Jan. 22, 1988.

D. Donald Jamieson, Mark C. Rifkin, Philadelphia, for appellants.

James A. Young, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. The Order entered by this Court on January 21, 1988, is vacated.

LARSEN, J., dissents.